IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| YTB TRAVEL NETWORK of ILLINOIS, | ) |
| and YTB MARKETING, INC., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil No. **09-369-JPG** |
| v. | ) |
| | ) |
| KENT McLAUGHLIN, , | ) |
| KIMBERLY McLAUGHLIN, | ) |
| WILLIAM HOFFMAN, | ) |
| JACQUES JOHNSON, and | ) |
| LYNETTA JOHNSON, | ) |
| | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

I hereby **RECUSE** myself from all participation in the above-captioned case.

The Clerk of Court is hereby directed to immediately reassign this case to a different U.S. Magistrate Judge.

**IT IS SO ORDERED.**

**DATED: June 10, 2009.**

                                         **s/ Clifford J. Proud**
                                         **CLIFFORD J. PROUD**
                                         **U. S. MAGISTRATE JUDGE**

**Magistrate Judge Wilkerson is reassigned to this case for full pretrial, no dispositive motion.**