UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

YTB TRAVEL NETWORK OF ILLINOIS,
INC. and YTB MARKETING, INC.,

   Plaintiffs/Counter-Defendants,

 v.

KENT McLAUGHLIN, KIMBERLY
McLAUGHLIN, WILLIAM HOFFMANN,
JACQUES JOHNSON and LYNETTA
JOHNSON,

   Defendants/Counter-Claimants.

Case No. 09-cv-369-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the parties' joint Stipulation of Dismissal (Doc. 30) with prejudice. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows for dismissal without a court order by filing such a stipulation.

Pursuant to Rule 41(a)(1)(A)(ii), the Court acknowledges that the case is at an end and **DIRECTS** the Clerk of Court to close the file accordingly.

**IT IS SO ORDERED.**
**DATED: August 16, 2010**

                                                   s/ J. Phil Gilbert
                                                   **J. PHIL GILBERT**
                                                   **DISTRICT JUDGE**